<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 08-1492**

---

ELAINE JONES,

       Plaintiff – Appellant,

    v.

CALVERT HALL LIMITED PARTNERSHIP; MORT YADIN,

       Defendants - Appellees,

    and

LARENCE RICKY GODFREY, JR.; JOHN DOE, Individual or Business
Entity; RICHARD ROE, a purveyor or seller of the weapon in
question that was used by defendant Godfrey in the shooting
in question,

       Defendants,

    v.

MICHAEL A. JACKSON, Sheriff,

       Movant.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Roger  W.  Titus,  District  Judge.
(8:04-cv-03379-RWT)

---

Submitted:  February 20, 2009        Decided:  March 23, 2009

---

Before NIEMEYER, SHEDD, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Elaine Jones, Appellant Pro Se.  William Leonard Mitchell, II, Matthew Allan Ranck, ECCLESTON & WOLF, PC, Hanover, Maryland, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elaine Jones appeals the district court's order upholding the magistrate judge's procedural rulings and granting summary judgment in favor of Calvert Hall Limited Partnership and Mort Yadin. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Jones v. Calvert Hall Ltd. P'ship, No. 8:04-cv-03379-RWT (D. Md. Mar. 31, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED